IN THE UNITED STATES DISTRICT COURT
FOR THE __EASTERN__ DISTRICT OF TEXAS
__TYLER__ DIVISION

Arthur Carson, #517349
------
Plaintiff's name and ID Number

Michael Unit-TDCJ-CID
------
Place of Confinement

CASE NO. __6O6CV559__
(Clerk will assign the number)

V.

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

Dianne Johnson, Michael Unit-TDCJ-CID
------
Defendant's name and address

I, __Arthur Carson__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment?  Yes ☐  No ☒
    b. Rent payments, interest or dividends?  Yes ☐  No ☒
    c. Pensions, annuities or life insurance payments?  Yes ☐  No ☒
    d. Gifts or inheritances?  Yes ☐  No ☒
    e. Family or friends?  Yes ☒  No ☐
    f. Any other sources?  Yes ☐  No ☒

    If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    _Occassional funds for self maintenance items prison officials
    do not provide, i.e., "Deodorant" trivial sums, est. $30.00 every other month._

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
    Yes ☐   No ☒

    If you answered **YES** to any of the questions above, state the total value of the items owned.

    _____
    _____

1

☆ATCIFP (REV. 9/02)

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐     No ☑

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ___19th___ day of ___December___, 20_06_.

_____
Signature of Plaintiff                                          ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE         12/13/06
MI59/DKE9360           IN-FORMA-PAUPERIS DATA                    04:53:54
TDCJ#: 00517349 SID#: 01758093 LOCATION: MICHAEL      INDIGENT DTE: 00/00/00
NAME: CARSON,ARTHUR WAYNE               BEGINNING PERIOD: 06/01/06
PREVIOUS TDCJ NUMBERS: 00421209
CURRENT BAL:        12.58 TOT HOLD AMT:       0.00 3MTH TOT DEP:      50.00
6MTH DEP:           80.30 6MTH AVG BAL:       4.26 6MTH AVG DEP:      13.38
MONTH HIGHEST BALANCE  TOTAL DEPOSITS   MONTH HIGHEST BALANCE  TOTAL DEPOSITS
11/06      32.36             0.00       08/06      26.28             0.30
10/06      43.11            50.00       07/06      30.00            30.00
09/06       0.00             0.00       06/06      29.50             0.00
PROCESS DATE    HOLD AMOUNT       HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF Anderson
ON THIS THE 13 DAY OF December 2006, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

DIANNE BAGLEY
Notary Public
STATE OF TEXAS
"Without Bond"
My Comm. Exp. 11-22-2007